UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-000028(01)RM |
| ) | |
| SARA GOMEZ VAZQUEZ ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 22, 2009 [Doc. No. 21]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Sara Vasquez's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1028(a)(7) and (b)(2).

SO ORDERED.

ENTERED:  June 15, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court